**No. 10-5967. Jerald Alan Hammann, Petitioner v. Falls/Pinnacle, LLC, et al.; and Jerald Alan Hammann, Petitioner v. Donald Deyo, et al.**

562 U.S. 980, 131 S. Ct. 443, 178 L. Ed. 2d 320, 2010 U.S. LEXIS 8146.

October 18, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner allowed until November 8, 2010, within which to pay the dock-

eting fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.